UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DR. PHYLLIS HIGHTOWER                                                                              PLAINTIFF

V.                                                              CIVIL ACTION NO. 3:19-CV-934-DPJ-FKB

FAMILY HEALTH CARE CLINIC, INC.                                                            DEFENDANT

JUDGMENT

Pursuant to this Court's summary-judgment Order [176], final judgment is entered for the Defendant Family Health Care Clinic, Inc.

**SO ORDERED AND ADJUDGED** this the 31st day of March, 2022.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE